UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.**09mj12-LTS**

UNITED STATES OF AMERICA

v.

**PAUL MARION**

RULE 5 ORDER OF REMOVAL

SOROKIN, M.J.

An Indictment is pending in the Southern District of New York against the Defendant (Docket No. 08-1342 in the charging district). The defendant appeared before the undersigned for initial appearance on **January 22, 2009** with the CJA duty attorney of the day. The defendant indicated he intended to attempt to hire retained counsel.

The defendant waived an identity hearing, I find that the defendant is the person named in the warrant.

The United States has produced a facsimile of the warrant.

The defendant was informed of his rights pursuant to Rule 20 of the Federal Rules of Criminal Procedure.

The Court ordered the defendant's release on conditions including (1) the condition that he appear for an initial appearance in the charging district as soon as it is scheduled; and (2)

deposit the deed to the residence posted as security within fourteen days of his initial appearance in this district.

/s/ Leo T. Sorokin
LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE

Date: January 26, 2009